UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD A. MCBRAYER, #235965,

    Petitioner,

v.

HUGH WOLFENBARGER,

    Respondent.
_____/

CIVIL NO. 04-CV-73235-DT

HONORABLE LAWRENCE P. ZATKOFF

FILED
AUG 27 2004
CLERK'S OFFICE
DETROIT

## ORDER REQUIRING RESPONSIVE PLEADING

The petition for a writ of habeas corpus has been examined. It is not subject to summary dismissal under Rule 4, Rules Governing Section 2254 Cases.

**IT IS ORDERED** that the Clerk of the Court serve a copy of the petition and a copy of this Order on Respondent and on the Attorney General for the State of Michigan by certified mail as provided in Rule 4.

**IT IS FURTHER ORDERED** that Respondent file an answer responding to the allegations of the petition in accordance with Rule 5 by **MARCH 3, 2005**. As part of the answer, Respondent may raise claims that petitioner: (1) has not exhausted his/her habeas issues; (2) may not obtain federal review because of a procedural default; (3) has filed a successive petition; and/or (4) is barred for any other procedural reason from seeking federal habeas review.

**IT IS FURTHER ORDERED** that, as part of the answer, Respondent shall file with the Clerk a copy of any prior decision, pleading, brief and/or transcript needed to adjudicate the issues presented. A separate index listing the materials being submitted shall also be filed.

                                                *Paul J. Komives*
                                                PAUL J. KOMIVES
                                                UNITED STATES MAGISTRATE JUDGE

DATED: Aug. 26, 2004

## CERTIFICATION

I certify that, on the date indicated below, I arranged for service as provided above, and I mailed a copy of this order to petitioner.

Dated: 8/27/04

                                                  Deputy Clerk

04-73235
Zatkoff.

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

Postage $ _____
Certified Fee _____
Return Receipt Fee _____
(Endorsement Required)
Restricted Delivery Fee _____
(Endorsement Required)
Total _____

Postmark Here

Sent To: Attorney General Mike Cox
Habeas Corpus Division
Street, or PO Box: P.O. Box 30212
City, State: Lansing, MI 48909

7001 1940 0007 5554 1791

PS Form 3800, January 2001       See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

Postage $ _____
Certified Fee _____
Return Receipt Fee _____
(Endorsement Required)
Restricted Delivery Fee _____
(Endorsement Required)
Total Postage & Fees $ _____

Postmark Here

Sent To: Macomb Correctional Facility
Street, Apt. No., or PO Box No.: 34625 26 Mile Road
City, State, ZIP+4: Lenox, MI 48048

7001 1940 0007 5554 1807

PS Form 3800, January 2001       See Reverse for Instructions