```
Date: 02/16/2005  10:58:33          Docket Sheet                            Page: 105
MIJR5925
                                                   Case No.   1993-002894-FC
Judge: CHRZANOWSKI, MARY A                         Ticket No.
                                                   CTN:

THE STATE OF MICHIGAN                              By:
                              -vs-
MCBRAYER, RICHARD ALLEN   DFNDT                    By: SIBERT, CHARLES M.
36426 WIEDEMAN                                          444 W. UNIVERSITY DR
CLINTON TWP, MI 48035                                   ROCHESTER, MI 48307
Dob:                   Sex:
Lic:                   Sid:

Plate#:
Make:
Year:           Accident: No
Type:
Venue:     PROSECUTING ATTORNEY
Location:  16TH CIRCUIT COURT
                                          Bond:             Set:
                                          Type:             Posted:

Charges:

Ct.1   000.030     CRIMINAL CASE FILED (CONVERSION)
       Offense Dt:         Cvr:
       Arrest Dt:          PA
       Comments:

Sentencing:

No.   Filed      Action                    Operator      Fine/Cost        Due

1     06/11/04   LTR FROM DEP DTD 06/11/04 R/F   cnvMACdk95                0.00
                 IN FILE.
                 SENT A COPY OF THE COMPLETE
                 FILE AND
                 DOCKET PRINTOUT.

2     01/11/02   LTR FROM G MELLON TO R          cnvMACdk95                0.00
                 MCBRAYER DTD
                 1/11/02 R/F IN FILE

3     04/14/98   COPY OF ORD FRM COURT OF        cnvMACdk95                0.00
                 APPEALS R/F

4     01/07/98   COPY OF ORD FRM COURT OF        cnvMACdk95                0.00
                 APPEALS R/F

5     01/05/98   PLTF/APPELLEES BRIEF IN         cnvMACdk95                0.00
                 ANSWER TO
                 APPELLANTS DELAYED
                 APPLICATION FOR LEAVE
                 TO APPEAL

6     07/28/97   CONFIDENTIAL-- HIV TEST         cnvMACdk95                0.00
                 RESULTS

7     06/09/97   LETTER FROM RICHARD A           cnvMACdk95                0.00
                 MCBRAYER DATED
                 6/4/97 R/F

8     05/30/97   VALERIE LOHR                    cnvMACdk95                0.00

9     05/30/97   MARY A CHRZANOWSKI    CLK  D    cnvMACdk95                0.00
                 BOSS

10    05/30/97   OPINION AND ORDER- DEFT MTN     cnvMACdk95                0.00
                 TO SET
                 ASIDE OR MOD JUDGMT IS DENIED
                    SGD

11    02/06/97   PROOF OF SERVICE                cnvMACdk95                0.00
                 MTN FOR WAIVER OF FEES &
                 COSTS, MTN TO
                 SET ASIDE OR MODIFY JUDGMENT,
                 APPENDICE

12    06/10/96   COPY OF ORD FRM SUPREME COURT   cnvMACdk95                0.00
                 R/F

13    06/10/96   COPY OF ORD FRM COURT OF        cnvMACdk95                0.00
                 APPEALS R/F

14    06/10/96   RETURNED FROM MICHIGAN          cnvMACdk95                0.00
                 SUPREME COURT
                 FILE & DOCKET

15    11/14/95   CVRS FEE PAID    $ 30.00        cnvMACdk95                0.00
                 #021145
```



FILED
MAR 1 4 2005
CLERK'S OFFICE
DETROIT



Original Document Placed on Shelf

Richard A. McBrayer1, Ruth Weitenberger
USDC ES 04-CV-73235-DT
HONORABLE LAWRENCE P. ZATKOFF