2005001709A

# Court of Appeals, State of Michigan

## ORDER

People of MI v Richard Allen McBrayer

Docket No.    204288

LC No.    93-002894 FC

Mark J. Cavanagh
Presiding Judge

Donald E. Holbrook, Jr.

Richard Allen Griffin

Judges

The Court orders that the delayed application for leave to appeal is DENIED for lack of merit in the grounds presented.

FILED
MAR 1 4 2005
CLERK'S OFFICE
DETROIT



Original
Document
Placed on Shelf



A true copy entered and certified by Carl L. Gromek, Chief Clerk, on

Richard A. McBrayer v. Hugh Wolfenbarger
USDC ES 04-CV-73235-DT
HONORABLE LAWRENCE P. ZATKOFF

APR 0 8 1998

_____
Date

_____
Chief Clerk