CLOSED

**FILED**

MAY 0 9 2005

CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD A. McBRAYER,

    Petitioner,

v.

          CIVIL ACTION NO. 04-CV-73235-DT
          HONORABLE LAWRENCE P. ZATKOFF

HUGH WOLFENBARGER,

    Respondent.
_____/

## JUDGMENT

The above-entitled matter having come before the Court on a Petition for Writ of Habeas Corpus brought pursuant to 28 U.S.C. § 2254, the Honorable Lawrence P. Zatkoff, United States District Judge, presiding, and in accordance with the Opinion and Order entered on this date;

**IT IS ORDERED AND ADJUDGED** that the Petition for Writ of Habeas Corpus is **DISMISSED WITH PREJUDICE.**

_____
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE

DATED: MAY 09 2005