UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
OCT 20 2005
CLERK'S OFFICE
DETROIT

RICHARD A. MCBRAYER,

    Petitioner,

V.

HUGH WOLFENBARGER, Warden,

    Respondent.
_____/

Case No. ES 04-CV-73235 DT
Hon. Lawrence P. Zatkoff

BRENDA E. TURNER (P24705)
Assistant Attorney General
Attorney for Respondent
Criminal Appellate Division
P.O. Box 30217
Lansing, MI 48909
Tel: (517) 373-4875

RICHARD MCBRAYER
Inmate No. 235965
Petitioner In Pro Per
Macomb Correctional Facility
34625 26 Mile Road
New Haven, MI 48048

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

NOW COMES the petitioner, RICHARD A. MCBRAYER, and respectfully asks this Honorable Court for leave to file the accompanying Motion to Reopen Time for Appeal, Motion for Certificate of Appealability, and Notice of Appeal without prepayment of costs and fees and to proceed in forma pauperis, says as follows:

    1. Your petitioner has been incarcerated on his current state court conviction since March 2, 1994, and unable to work at any civilian employment.

    2. Your petitioner does not own or receive any money from

any business, profession or other self-employment; rent payments, interest or dividends; nor does your petitioner receive any pensions, annuities or life insurance payments, disability or worker compensation benefits, inheritances or gifts of any kind.  Further, your petitioner does not own any real or personal property, boats, cars, motor cycle or vehicles, nor does he own any checking or savings accounts.

    3. The only income your petitioner receives is from his prison work assignment, and a verified statement of his prison account over the previous six months is attached hereto.

    4. Your petitioner was found a pauper by the state trial court and represented in the trial court level and on direct review by state appointed counsel.

    5. That the meager money your petitioner earns from his prison work assignment is used to purchase soap, shampoo, toothpaste, toothbrushes, and other hygiene products which are not provided by the state prison system but must be brought from the prison commissary unless the prisoner is not receiving money from family, friends, or an assigned prison assignment.

    6. That further your petitioner saith not.

    I declare under penalty of perjury that the facts contained herein are true, correct and accurate to the best of my own personal knowledge and belief.

WHEREFORE, your petitioner asks this Court to declare him a pauper and waive the costs for off-setting his motions and future appeal.

                                        Respectfully submitted,

                                        RICHARD A. MCBRAYER
                                         Inmate No: 235965
                                 Macomb Correctional Facility
                                     34625 26 Mile Road
                                     New Haven, MI 48048

Dated: October 17, 2005.

## FEDERAL COURT - CIVIL ACTION

| Prisoner-Plaintiff/Petitioner/Appellant name and number | | Defendant's/Respondent's/Appellee's name |
|---|---|---|
| Richard McBrayer<br>04-cv-73235-DT | V | Hugh Wolfenbarger |

## CERTIFICATE OF PRISONER INSTITUTIONAL/TRUST FUND ACCOUNT ACTIVITY

I am employed by the Michigan Department of Corrections at the facility identified below, at which the prisoner identified as the Plaintiff/Petitioner/Appellant is currently incarcerated.

Attached is a computer printout which accurately reflects the current spendable balance and all activity within this prisoner's account during the preceding six months or, if the prisoner has been incarcerated for less than six months, for the period of incarceration.

The attached printout reflects, for the reported period, an average monthly account deposit (i.e., tota deposits divided by number of months) of ___$14.16___ , an average monthly account balance (i.e., total deposits minus total withdrawals divided by number of months) of ___$0.00___ . There is a current spendable account balance of ___$1.35___ .

Date:  06/15/05

Signature of Custodian of Prisoner Institutional/Trust Fund Account

Macomb Correctional Facility
Correctional Facility

CSJ-277 6/97
4835-3277

6/15/2005 11:29:04

# Michigan Department Of Corrections
## Trust Account Statement
### For the period 01/15/2005 to 06/15/2005

Page 1 of 2

| | | |
|---|---|---|
| MDOC Nbr.: 235965 | Name: MCBRAYER, RICHARD ALLEN | Current Lock Loc.: 1-047-B |
| Birth Date: 10/07/1957 | Location: MACOMB CORRECTIONAL FA | Jurisdiction Dates: 03/04/1994 | Active: Yes |
| Current Balance: 17.35 | Hold Balance: .00 | Account Dates: 02/26/2002 | A/C. Status: Active |

## Sub Account Details

| Account Code | Account Name | Balance As of 01/15/2005 | Balance As of 06/15/2005 |
|---|---|---|---|
| **Trust-Macomb Facility Caseload** | | | |
| 2101 | Offender Funds | 38.12 | 17.35 |
| 2198 | Freeze | 0.00 | 0.00 |

## Debts & Obligations
## Transaction Details

| GJ No. | Date | Description | Debit | Credit |
|---|---|---|---|---|
| **Trust-Macomb Facility Caseload** | | | | |
| 11864252 | 01/20/2005 | CRT Commissary Regular Transaction | 13.49 | |
| | | 2101 Offender Funds | 13.49 | |
| | | 2501 Payable to Commissary | | 13.49 |
| | Narration: | Rost -Commissary TXN - | | |
| 11981805 | 02/02/2005 | PR Payroll Receipt | 60.80 | |
| | | 1116 Payroll Receipts | 60.80 | |
| | | 2101 Offender Funds | | 60.80 |
| | Narration: | Batch: 456114, Ref:MRF-10597 PR Maint | | |
| 12038171 | 02/07/2005 | CRT Commissary Regular Transaction | 58.01 | |
| | | 2101 Offender Funds | 58.01 | |
| | | 2501 Payable to Commissary | | 58.01 |
| | Narration: | Rost -Commissary TXN - | | |
| 12040959 | 02/07/2005 | CRT Commissary Regular Transaction | 3.00 | |
| | | 2101 Offender Funds | 3.00 | |
| | | 2501 Payable to Commissary | | 3.00 |
| | Narration: | Rost -Commissary TXN - | | |
| 12215987 | 02/17/2005 | CRT Commissary Regular Transaction | 9.08 | |
| | | 2101 Offender Funds | 9.08 | |
| | | 2501 Payable to Commissary | | 9.08 |
| | Narration: | Rost -Commissary TXN - | | |
| 12338684 | 03/02/2005 | PR Payroll Receipt | 66.88 | |
| | | 1116 Payroll Receipts | 66.88 | |
| | | 2101 Offender Funds | | 66.88 |
| | Narration: | Batch: 469089, Ref:MRF-10905 PR Maint | | |
| 12373455 | 03/04/2005 | CRT Commissary Regular Transaction | 47.47 | |
| | | 2101 Offender Funds | 47.47 | |
| | | 2501 Payable to Commissary | | 47.47 |
| | Narration: | Rost -Commissary TXN - | | |
| 12538799 | 03/16/2005 | LPOSPBF Legal Postage Disbursement (PBF) | 1.06 | |
| | | 2101 Offender Funds | 1.06 | |
| | | 2582 Postage (PBF) Payable - Direct | | 1.06 |
| | Narration: | Batch: 475926, Ref:MRF-11055 - | | |
| 12538801 | 03/16/2005 | LPOSPBF Legal Postage Disbursement (PBF) | .83 | |
| | | 2101 Offender Funds | 0.83 | |
| | | 2582 Postage (PBF) Payable - Direct | | 0.83 |
| | Narration: | Batch: 475926, Ref:MRF-11055 - | | |
| 12562925 | 03/17/2005 | CRT Commissary Regular Transaction | 8.73 | |
| | | 2101 Offender Funds | 8.73 | |
| | | 2501 Payable to Commissary | | 8.73 |
| | Narration: | Rost -Commissary TXN - | | |
| 12656102 | 03/28/2005 | LPOSPBF Legal Postage Disbursement (PBF) | .83 | |
| | | 2101 Offender Funds | 0.83 | |

6/15/2005 11:29:04     **Michigan Department Of Corrections**     Page 2 of 2

## Trust Account Statement
### For the period 01/15/2005 to 06/15/2005

| | | | | |
|---|---|---|---|---|
| MDOC Nbr.: 235965 | Name: MCBRAYER, RICHARD ALLEN | Current Lock Loc.: 1-047-B | | |
| Birth Date: 10/07/1957 | Location: MACOMB CORRECTIONAL FA | Jurisdiction Dates: 03/04/1994 | Active: Yes | |
| Current Balance: 17.35 | Hold Balance: .00 | Account Dates: 02/26/2002 | A/C. Status: Active | |

| GJ No. | Date | Description | Debit | Credit |
|---|---|---|---|---|
| **Trust-Macomb Facility Caseload** | | | | |
| | | 2582 Postage (PBF) Payable - Direct | | 0.83 |
| | Narration: | Batch: 481192, Ref:MRF-11199 - | | |
| 12656103 | 03/28/2005 | **LPOSPBF Legal Postage Disbursement (PBF)** | .60 | |
| | | 2101 Offender Funds | 0.60 | |
| | | 2582 Postage (PBF) Payable - Direct | | 0.60 |
| | Narration: | Batch: 481192, Ref:MRF-11199 - | | |
| 12708407 | 04/01/2005 | **PR Payroll Receipt** | 69.92 | |
| | | 1116 Payroll Receipts | 69.92 | |
| | | 2101 Offender Funds | | 69.92 |
| | Narration: | Batch: 483496, Ref:MRF-11264 PR Maint | | |
| 12729593 | 04/04/2005 | **CRT Commissary Regular Transaction** | 76.78 | |
| | | 2101 Offender Funds | 76.78 | |
| | | 2501 Payable to Commissary | | 76.78 |
| | Narration: | Rost -Commissary TXN - | | |
| 13037456 | 04/28/2005 | **CRT Commissary Regular Transaction** | 15.57 | |
| | | 2101 Offender Funds | 15.57 | |
| | | 2501 Payable to Commissary | | 15.57 |
| | Narration: | Rost -Commissary TXN - | | |
| 13089273 | 05/04/2005 | **PR Payroll Receipt** | 72.96 | |
| | | 1116 Payroll Receipts | 72.96 | |
| | | 2101 Offender Funds | | 72.96 |
| | Narration: | Batch: 497798, Ref:MRF-11633 PR Maint | | |
| 13224854 | 05/13/2005 | **CRT Commissary Regular Transaction** | 71.67 | |
| | | 2101 Offender Funds | 71.67 | |
| | | 2501 Payable to Commissary | | 71.67 |
| | Narration: | Rost -Commissary TXN - | | |
| 13378538 | 05/26/2005 | **CRT Commissary Regular Transaction** | 1.49 | |
| | | 2101 Offender Funds | 1.49 | |
| | | 2501 Payable to Commissary | | 1.49 |
| | Narration: | Rost -Commissary TXN - | | |
| 13449491 | 06/03/2005 | **PR Payroll Receipt** | 100.32 | |
| | | 1116 Payroll Receipts | 100.32 | |
| | | 2101 Offender Funds | | 100.32 |
| | Narration: | Batch: 511396, Ref:MRF-11922 PR Maint | | |
| 13527073 | 06/09/2005 | **CRT Commissary Regular Transaction** | 83.04 | |
| | | 2101 Offender Funds | 83.04 | |
| | | 2501 Payable to Commissary | | 83.04 |
| | Narration: | Rost -Commissary TXN - | | |

                                              ***Total Receipts:***    *370.88*
                                              ***Total Disbursments:***    *391.65*

DATE: 6-9-05

TO: PRISONER ACCOUNT CLERK

FROM: Richard McBrayer
Prisoner Name

235965
Prisoner Number

1-47-B
Prisoner Lock

## I require a "Certificate Establishing Prisoner Account Activity":

_____ Circuit Court in the County of _____

Southern Division U.S. District Court, District Number Eastern District

_____ Michigan Court of Appeals at _____

_____ Other (Specify)

The plaintiff in this case is: Richard McBrayer

The defendant in this case is: Hugh Wolfenbarger

Case Number 04-CV-73235-BT

Prisoner's Signature: R. McB

Prisoner's Number: 235965

You should receive the statement of account in 7 to 10 working days.
Wordperfect-s:\raccs\courtcer